

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00094-CV

**IN RE JMI CONTRACTORS, LLC**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
            Lori I. Valenzuela, Justice
            H. Todd McCray, Justice

Delivered and Filed: February 11, 2026

PETITION FOR WRIT OF MANAMUS DENIED; EMERGENCY MOTION FOR TEMPORARY RELIEF DENIED AS MOOT

On February 4, 2026, relator filed a petition for writ of mandamus. Relator also filed an emergency motion for temporary stay of the February 9, 2026 trial proceedings pending final resolution of the petition for writ of mandamus. Mandamus is an extraordinary remedy, available only when the relator can show (1) the trial court clearly abused its discretion or violated a duty imposed by law; and (2) there is no adequate remedy by way of appeal. *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). After considering the petition and the record, this court concludes relator did not show it is entitled to the relief sought. Accordingly, the petition

---

[1]This proceeding arises out of Cause No. 2021-CI-25646, styled *Pacific Coast Capital Investors, LLC v. JMI Contractors, LLC et al.*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Tina Torres presiding.

for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's motion for temporary relief is denied as moot.

PER CURIAM